IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
|     Plaintiff, ) | | |
| vs. ) | CASE NO. 3:00CV558 | |
| ) | (Financial Litigation Unit) | |
| JOHNNIE E. DUNCAN, ) | | |
|     Defendant. ) | | |
| and ) | | |
| ) | | |
| ROWAN-CABARRUS COMMUNITY COLLEGE,) | | |
|     Garnishee. ) | | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case on June 6, 2007, against the defendant Johnnie E. Duncan is DISMISSED.

Signed: June 24, 2008

Graham C. Mullen
United States District Judge